**NELSON MULLINS RILEY &**
**SCARBOROUGH LLP**
Ying Lu (SBN: 323384)
Wing.lu@nelsonmullins.com
19191 South Vermont Avenue, Suite 900
Torrance, CA 90502
Telephone:     424.221.7431
Facsimile:     424.221.7499

Attorneys for Plaintiff
New York Life Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| New York Life Insurance Company, | Case No.  3:24-cv-03456-TSH |
| Plaintiff, | |
| vs. | **NEW YORK LIFE INSURANCE COMPANY'S STATUS REPORT** |
| Kim Yen Thi Tran, Sang T. Nguyen, and The Estate of Trung Thanh Nguyen by and through its Personal Representative, | |
| Defendants. | Complaint Filed: June 7, 2024 |

New York Life Insurance Company ("New York Life"), by and through its undersigned counsel, hereby submits this Status Report pursuant to this Court's September 3, 2024, Order:

On June 7, 2024, New York Life filed its Complaint for Interpleader Relief pursuant to Fed. R. Civ. P. 22 and 28 U.S.C. § 1332 to resolve competing claims to Whole Life Insurance Policy No. XXXX9861 (the "Policy") issued to Trung Thanh Nguyen.  New York Life has attempted to serve a copy of the Complaint and Summons on Defendants Kim Yen Thi Tran and Sang T. Nguyen via private process server to no avail.  *See* Affidavits of Non-Service, attached hereto as **Exhibit A**.

On July 22, 2024, Defendant Sang T. Nguyen filed a Notice of Change of Address. [ECF 11].  New York Life attempted to serve Defendant Sang T. Nguyen in the address noted in the foregoing Notice to no avail.

On August 7, 2024, attorney Ivan W. Golde, purporting to be the "family's counsel,"

contacted New York Life's counsel but would not identify the defendant he represented. On August 21, 2024, Matthew Haley contacted New York Life's counsel asking for a copy of the Complaint and Summons but has not yet responded to New York Life's September 5, 2024 inquiry regarding which defendant he represents.

New York Life has been diligent in attempting to serve Defendants in this matter and is working with Defendants' counsel (or potential counsel) to resolve the service issues in this matter.


DATED:  September 12, 2024           NELSON MULLINS RILEY &
                                          SCARBOROUGH LLP

                          By:    */s/ Ying Lu*
                                    Ying Lu
                                    Attorney for Plaintiff
                                    New York Life Insurance Company

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on September 12, 2024, I filed the foregoing document entitled ***NEW YORK LIFE INSURANCE COMPANY'S STATUS REPORT*** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel and/or parties in this action.

<u>     */s/ Ying Lu*                    </u>
Ying Lu

NEW YORK LIFE INSURANCE COMPANY'S STATUS REPORT                Case No. 3:24-cv-03456-TSH