**EXHIBIT "A"**

# AFFIDAVIT OF NON-SERVICE

| Case: 4:24-CV-3456 | Court: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA, OAKLAND | County: | Job: 11346685 (K.Tran) |
|---|---|---|---|
| Plaintiff / Petitioner: New York Life Insurance Company | | Defendant / Respondent: Kim Yen Thi Tran, Sang T. Nguyen, and The Estate of Trung Thanh Nguyen by and through its Personal Representative, | |
| Received by: Whitesell Investigative Services Inc | | For: Nelson Mullins - Columbia | |
| To be served upon: Kim Yen Thi Tran | | Court Date: | |

I, Michael Bliss, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address: Kim Yen Thi Tran, Hi Tech Nails: 1909 Encinal Avenue, Alameda, CA 94501
Manner of Service: Non-Service
Documents: PLAINTIFF NEW YORK LIFE INSURANCE COMPANY'S DISCLOSURE OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS, SUMMONS IN A CIVIL ACTION, COMPLAINT FOR INTERPLEADER RELIEF, EXHIBITS A-H (Received Jul 2, 2024 at 10:05am EDT)

Additional Comments:
1) Unsuccessful Attempt: Jul 11, 2024, 5:05 pm PDT at 2887 Regatta Drive, Oakland, CA 94601
Attempted service at the address provided; no answer to repeated knocking. I am unable to see inside the home. There are personal belongings on the porch. There is a small driveway with an attached garage.

2) Unsuccessful Attempt: Jul 17, 2024, 7:40 am PDT at 2887 Regatta Drive, Oakland, CA 94601
There is no answer at the residence to repeated knocking. I made contact with the neighbor at 2889 Regatta Drive who stated the condo was sold about five years ago. They advised that there have been a few different tenants that come and go but she does not know the current tenants or the owner.

3) Unsuccessful Attempt: Jul 18, 2024, 8:08 pm PDT at 2887 Regatta Drive, Oakland, CA 94601
There is no answer at the residence to repeated knocking.

4) Unsuccessful Attempt: Jul 20, 2024, 4:56 pm PDT at 2887 Regatta Drive, Oakland, CA 94601
There is no answer at the residence to repeated knocking. Unable to make contact or confirm residency of the subject after multiple attempts.

5) Unsuccessful Attempt: Aug 2, 2024, 7:21 am PDT at 1909-11 Ensenada St, Alameda, CA 94501
Attempted service at the address provided. I am unable to locate the street number 1909-11. I did a search on the subject's address history from Regatta Drive and I found an address of 1909 Encinal Ave. It is a business called Hi Tech Nails. Unable to locate.

6) Unsuccessful Attempt: Aug 2, 2024, 10:44 am PDT at Hi Tech Nails: 1909 Encinal Avenue, Alameda, CA 94501
Attempted service at the address provided. The business door is locked. The hours of operation are 9:30am - 7:00pm and the phone number listed is 510-749-0709. It is still occupied but the lights are off. I called the phone number listed and it just rings and rings.

7) Unsuccessful Attempt: Aug 5, 2024, 1:32 pm PDT at Hi Tech Nails: 1909 Encinal Avenue, Alameda, CA 94501
The door is locked. I called the business phone number - 510-749-0709 - and received no answer. I called the phone number - 510-575-1694 - provided for the subject and an Asian female answered the phone. She was hostile and when I asked to arrange for a delivery she hung up the phone. I called back and it went straight to voicemail.

*********************************The affidavit continues on to the next page*********************************

8) Unsuccessful Attempt: Aug 7, 2024, 4:33 pm PDT at Hi Tech Nails: 1909 Encinal Avenue, Alameda, CA 94501
The door is locked and the lights are still off. I called the business phone number - 510-749-0709 - and spoke to a waitress at the café next door. She told me that the lady that runs the nail place is named Kate and they have been by appointment only since covid. I tried calling the phone number - 510-575-1694 - for the subject and it went straight to voicemail. Unable to make contact with the subject after multiple attempts.

_____  8/27/24
Michael Bliss                Date

Whitesell Process Service
PO Box 2511
Rock Hill, SC 29732
803-327-6974 Opt. 3

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

_____
Date            Commission Expires

Please See the Attached
California Notary Form

Bianca Arechiga
_____
8/27/24

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of __Contra Costa__

Subscribed and sworn to (or affirmed) before me on this __27th__ day of __August__, 20__24__, by __Michael Bliss__

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

BIANCA ARECHIGA
COMM. #2494432
Notary Public - California
Contra Costa County
My Comm. Expires July 14, 2028

(Seal)        Signature _____

# AFFIDAVIT OF NON-SERVICE

| Case: 4:24-CV-3456 | Court: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA, OAKLAND | County: | Job: 11346744 (S.Nguyen) |
|---|---|---|---|
| Plaintiff / Petitioner: New York Life Insurance Company | | Defendant / Respondent: Kim Yen Thi Tran, Sang T. Nguyen, and The Estate of Trung Thanh Nguyen by and through its Personal Representative, | |
| Received by: Whitesell Investigative Services Inc | | For: Nelson Mullins - Columbia | |
| To be served upon: Sang T. Nguyen | | Court Date: | |

I, Michael Bliss, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein.

**Recipient Name / Address:** Sang T. Nguyen, 930 84th Avenue #115, Oakland, CA 94621
**Manner of Service:** Non-Service
**Documents:** PLAINTIFF NEW YORK LIFE INSURANCE COMPANY'S DISCLOSURE OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS, SUMMONS IN A CIVIL ACTION, COMPLAINT FOR INTERPLEADER RELIEF, EXHIBITS A-H (Received Jul 2, 2024 at 10:05am EDT)

**Additional Comments:**
1) Unsuccessful Attempt: Jul 11, 2024, 4:20 pm PDT at 930 84th Avenue #15, Oakland, CA 94621
Attempted service at the address provided. This is a secured apartment complex. The subject's name is not listed on the call box directory. I called the leasing office and spoke to the assistant manager who said the subject is not listed as tenants in any unit. Unit 15 is currently empty.

2) Unsuccessful Attempt: Jul 25, 2024, 7:11 pm PDT at 930 84th Avenue #115, Oakland, CA 94621
The subject's name is not listed on the call box directory. I am unable to gain access. I can see into the lobby area and there is no office area and all of the doors are closed.

3) Unsuccessful Attempt: Jul 28, 2024, 7:32 am PDT at 930 84th Avenue #115, Oakland, CA 94621
The subject's name is not listed on the call box directory. I am unable to gain access. I can see into the lobby area and there is no office area and all of the doors are closed.

4) Unsuccessful Attempt: Jul 31, 2024, 2:41 pm PDT at 930 84th Avenue #115, Oakland, CA 94621
The subject's name is not listed on the call box directory. I am unable to gain access. I can see into the lobby area and there is no office area and all of the doors are closed.

5) Unsuccessful Attempt: Aug 2, 2024, 5:20 pm PDT at 510-328-5317
I called the phone number provided and it goes to a generic voicemail with no name in the outgoing greeting. I left a voicemail.

6) Unsuccessful Attempt: Aug 3, 2024, 10:10 am PDT at 930 84th Avenue #115, Oakland, CA 94621
The subject's name is not listed on the call box directory. I am unable to gain access. I can see into the lobby area and there is no office area and all of the doors are closed. I called the phone number - 510-328-5317 - provided and it goes to a generic voicemail with no name in the outgoing greeting. I left a voicemail. Unable to make contact or confirm residency of the subject after multiple attempts.

_____  8/15/24
Michael Bliss              Date

Whitesell Process Service
PO Box 2511
Rock Hill, SC 29732
803-327-6974 Opt. 3

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

Date _____ Commission Expires _____

Please See the Attached California Notary Form

L. Tombaugh 8-15-24

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Contra Costa

Subscribed and sworn to (or affirmed) before me on this 15 day of Aug, 2024, by Michael Bliss, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

L. TOMBAUGH
Notary Public - California
Contra Costa County
Commission # 2439747
My Comm. Expires Feb 28, 2027

(Seal)     Signature L. Tombaugh