## AFFIDAVIT OF NON-SERVICE

| Case:<br>4:24-CV-3456 | Court:<br>UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA, OAKLAND | County: | Job:<br>11346744 (S.Nguyen ) |
|---|---|---|---|
| Plaintiff / Petitioner:<br>New York Life Insurance Company | | Defendant / Respondent:<br>Kim Yen Thi Tran, Sang T. Nguyen, and The Estate of Trung Thanh Nguyen by and through its Personal Representative, | |
| Received by:<br>Whitesell Investigative Services Inc | | For:<br>Nelson Mullins - Columbia | |
| To be served upon:<br>Sang T. Nguyen | | Court Date: | |

I, Michael Bliss, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein.

**Recipient Name / Address:** Sang T. Nguyen, 930 84th Avenue #115, Oakland, CA 94621
**Manner of Service:** Non-Service
**Documents:** PLAINTIFF NEW YORK LIFE INSURANCE COMPANY'S DISCLOSURE OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS, SUMMONS IN A CIVIL ACTION, COMPLAINT FOR INTERPLEADER RELIEF, EXHIBITS A-H (Received Jul 2, 2024 at 10:05am EDT)

**Additional Comments:**
1) Unsuccessful Attempt: Jul 11, 2024, 4:20 pm PDT at 930 84th Avenue #15, Oakland, CA 94621
Attempted service at the address provided. This is a secured apartment complex. The subject's name is not listed on the call box directory. I called the leasing office and spoke to the assistant manager who said the subject is not listed as tenants in any unit. Unit 15 is currently empty.

2) Unsuccessful Attempt: Jul 25, 2024, 7:11 pm PDT at 930 84th Avenue #115, Oakland, CA 94621
The subject's name is not listed on the call box directory. I am unable to gain access. I can see into the lobby area and there is no office area and all of the doors are closed.

3) Unsuccessful Attempt: Jul 28, 2024, 7:32 am PDT at 930 84th Avenue #115, Oakland, CA 94621
The subject's name is not listed on the call box directory. I am unable to gain access. I can see into the lobby area and there is no office area and all of the doors are closed.

4) Unsuccessful Attempt: Jul 31, 2024, 2:41 pm PDT at 930 84th Avenue #115, Oakland, CA 94621
The subject's name is not listed on the call box directory. I am unable to gain access. I can see into the lobby area and there is no office area and all of the doors are closed.

5) Unsuccessful Attempt: Aug 2, 2024, 5:20 pm PDT at 510-328-5317
I called the phone number provided and it goes to a generic voicemail with no name in the outgoing greeting. I left a voicemail.

6) Unsuccessful Attempt: Aug 3, 2024, 10:10 am PDT at 930 84th Avenue #115, Oakland, CA 94621
The subject's name is not listed on the call box directory. I am unable to gain access. I can see into the lobby area and there is no office area and all of the doors are closed. I called the phone number - 510-328-5317 - provided and it goes to a generic voicemail with no name in the outgoing greeting. I left a voicemail. Unable to make contact or confirm residency of the subject after multiple attempts.

_____  8/15/24
Michael Bliss            Date

Whitesell Process Service
PO Box 2511
Rock Hill, SC 29732
803-327-6974 Opt. 3

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

_____
Date        Commission Expires

Please See the Attached California Notary Form

L. Tombaugh 8-15-24

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Contra Costa

Subscribed and sworn to (or affirmed) before me on this 15 day of Aug, 2024, by Michael Bliss, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

(Seal)

L. TOMBAUGH
Notary Public - California
Contra Costa County
Commission # 2439747
My Comm. Expires Feb 28, 2027

Signature: Tombaugh